IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH REDDING | : | CIVIL ACTION |
| | : | |
| v. | : | No. 07-4591 |
| | : | |
| THE ESTATE OF ROBERT SUGARMAN, ESQ. | : : | |

### ORDER

AND NOW, this 3rd day of May, 2012, it is ORDERED Defendant The Estate of Robert Sugarman, Esquire's (The Estate) Motion for Summary Judgment (Document 38) is GRANTED. Judgment is entered in favor of The Estate and against Plaintiff Elizabeth Redding.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.