

# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

No. 12-2575

ELIZABETH REDDING,
                       Appellant

v.

THE ESTATE OF ROBERT SUGARMAN, ESQ.

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civ. No. 07-cv-04591)
District Judge: Honorable Juan R. Sanchez

Submitted Pursuant to Third Circuit LAR 34.1(a)
March 1, 2013

Before: AMBRO, HARDIMAN and ROTH, Circuit Judges

## JUDGMENT

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1 on March 1, 2013. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered May 3, 2012, is affirmed. Each party shall pay its own costs. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/Marcia M. Waldron
Clerk

DATED: August 22, 2013

Certified as a true copy and issued in lieu
of a formal mandate on 09/24/2013

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**